UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROSA ZAYAS and EDWIN ZAYAS, as Parents and Natural Guardians of R.Z., and ROSA ZAYAS, and EDWIN ZAYAS, Individually,

          Plaintiffs,

  -v-

MELISSA AVILÉS-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendants.

------------------------------------------------------------------X

25-CV-01880 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

    As stated on the record during the hearing held earlier today, the Court DENIES Plaintiffs' application for a Preliminary Injunction.

    SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                     _____
                                      JEANNETTE A. VARGAS
                                      United States District Judge