UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
     :
ROSA ZAYAS and EDWIN ZAYAS, as Parents and   :
Natural Guardians of R.Z. and ROSA ZAYAS and   :
EDWIN ZAYAS, Individually,   :
     :     25-CV-01880 (JAV)
              Plaintiffs,   :
     :     ORDER
    -v-   :
     :
MELISSA AVILÉS-RAMOS, in her official capacity as   :
Chancellor of the New York City Department of   :
Education, and THE NEW YORK CITY DEPARTMENT   :
OF EDUCATION,   :
     :
              Defendants.   :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

     Pursuant to the Court's Order dated March 12, 2025, ECF No. 11, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by May 13, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 19, 2025**.

     SO ORDERED.

Dated: May 16, 2025            _____
     New York, New York         JEANNETTE A. VARGAS
                                          United States District Judge