UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSA ZAYAS and EDWIN ZAYAS, as Parents and
Natural Guardians of R.Z., and ROSA ZAYAS and
EDWIN ZAYAS, Individually,

                     Plaintiff,                                 1:25-cv-01880

       -against-                                             **DECLARATION**

MELISSA AVILÉS-RAMOS, in her official capacity
as Chancellor of the NEW YORK CITY
DEPARTMENT OF EDUCATION, and the NEW
YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

------------------------------------------------------------------X

      **KENNETH WILLARD**, makes the following declaration under penalty of perjury in support of Plaintiff's Motion for a Temporary Restraining Order:

1. I am a Senior Litigation Attorney at the Liberty & Freedom Legal Group.
2. I have been retained by Plaintiffs to represent them in this matter and am knowledgeable about the facts and circumstances of this case.
3. The following exhibits are true and correct copies of the documents attached therein:
   Exhibit 1 – DOE Implementation Unit Email dated April 14, 2025
   Exhibit 2 – TDN dated June 14, 2024

4. I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct to the best of my knowledge, information, and belief.
5. I executed this document on June 27, 2025.

**Dated:** June 27, 2025
      New York, New York

1

2

Respectfully submitted,

Liberty & Freedom Legal Group
*Attorneys for Plaintiffs*

By: ___*/s/ Kenneth Willard*___
Kenneth Williard, Esq.
105 East 34th Street, Suite #190
New York, NY 10016
(646) 850-5035
ken@pabilaw.org