# EXHIBIT 1



**From:** Service Desk <servicedesk@comms.schools.nyc.gov>
**Sent:** Monday, April 14, 2025 8:01 AM
**To:** billing@pabilaw.org
**Subject:** Reminder - Impartial Hearing Order (Authorization Outreach) - 289807

[This is an automated reminder]

The Implementation Unit Outreach Team is contacting you regarding the action item listed below. We request your prompt response to ensure implementation. For your convenience, we have created this ticket so you may submit your information and supporting documents to start the required authorization process.

**Case Number:** 289807

**Action Item Type:** Prospective Payment - Services Authorizations

**Ticket Number:** RITM0298565

**Student Name:** RODWIN ZAYAS

**NYCID number (OSIS #):** 215677840
**Action Item Detail:** Per the Pendency Order, the DOE shall fund the student's 1:1 nursing services provided by B and H Health Care Services per the terms of the nursing agreement with parent at iBrain for all school days on a 12-month basis. Pendency is effective 12/18/24 until the conclusion of the case.

**Description:**

You can view all the details and provide the required information by following the link: NYC Public Schools SupportHub Page

Once you have submitted the required information and documents, it will be sent to the Implementation Unit for processing. The Implementation Unit staff will follow up with you if additional information is required. Thank you for your cooperation.

You can also click here to access the dashboard to manage all your tickets.

Please note that business hours for the NYCPS Impartial Hearing Order Implementation Unit (IU) Service Desk are Monday to Friday(9 AM to 5 PM EST)

Sincerely,

Implementation Unit Outreach Team



Copyright (C) 2025 The New York City Public Schools

Unsubscribe | Notification Preferences

Ref:MSG17584214_ClVtiUZlzrtMhVDYXqX