UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROSA ZAYAS and EDWIN ZAYAS, as Parents and
Natural Guardians of R.Z., and ROSA ZAYAS and
EDWIN ZAYAS, Individually,

                      25-CV-1880 (JAV)

          Plaintiffs,

                      ORDER

     -v-

MELISSA AVILÉS-RAMOS, in her official capacity as
Chancellor of the NEW YORK CITY DEPARTMENT
OF EDUCATION, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

         Defendants.
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      It is hereby ORDERED that all parties appear for a hearing with the Court on **July 8, 2025,** at **3:00 P.M.** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, with respect to Plaintiffs' Motion for a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure. Defendants shall file its opposition papers to the motion, if any, **by July 7, 2025,** and Plaintiffs shall file a Reply by **12:00 P.M. on July 8, 2025.**

      SO ORDERED.

Dated: July 1, 2025
      New York, New York

                                                   _____
                                                   JEANNETTE A. VARGAS
                                                   United States District Judge