

THE CITY OF NEW YORK

## LAW DEPARTMENT

| | 100 CHURCH STREET | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | NEW YORK, NY 10007 | **Bryn M. Ritchie** |
| *Corporation Counsel* | | Phone: (212) 356-0885 |

July 3, 2025

**VIA ECF**
Hon. Jeanette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Zayas et al. v. Aviles-Ramos et al.* 1:25-cv-01880-JAV

Your Honor:

I am Defendants' counsel in the above-captioned matter writing. In this action, Plaintiffs seek enforcement of a final administrative order under the IDEA awarding pendency services to the Student pursuant to 20 U.S.C. § 1415(j). I write to request a 1-week adjournment of the briefing and hearing in the instant application for a Temporary Restraining Order. Plaintiffs do not consent to this request for an adjournment stating only that "this is a TRO" and that "immediate relief is warranted." Such request is made because undersigned Attorney of Record for Defendants, who is the attorney familiar with this case, and his supervising attorney will be out of town on scheduled vacations all of next week.

Thank you in advance for your consideration of this matter.

Respectfully Submitted,

/s/
Bryn M. Ritchie
Assistant Corporation Counsel

VIA ECF:
All attorneys of record