UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
**ROSA ZAYAS and EDWIN ZAYAS,** as Parents and :
Natural Guardians of **R.Z.,** and **ROSA ZAYAS,** and :
**EDWIN ZAYAS,** Individually, :
: 25-CV-1880 (JAV)
Plaintiffs, :
: ORDER
-v- :
:
**MELISSA AVILÉS-RAMOS,** in her official capacity as :
Chancellor of the New York City Department of :
Education, and the **NEW YORK CITY** :
**DEPARTMENT OF EDUCATION**, :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the conference held on July 8, 2025:

- Plaintiffs' Motion for a Temporary Restraining Order is DENIED.
- The parties are directed to submit a joint letter by **Friday, July 11, 2025**, proposing a briefing scheduling for the anticipated Motion for Summary Judgment, as well as the parties' respective positions as to how to proceed with the pending motion to dismiss (ECF No. 26) in light of the anticipated Motion for Summary Judgment.

SO ORDERED.

Dated: July 11, 2025
       New York, New York                    _____
                                             JEANNETTE A. VARGAS
                                             United States District Judge