**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROSA ZAYAS and EDWIN ZAYAS, as parents
and natural guardians of R.Z., and ROSA ZAYAS
and EDWIN ZAYAS, individually,

                              Plaintiffs,
     -against-                                         25 **CIVIL** 1880 (JAV)

                                                              **JUDGMENT**

MELISSA AVILES-RAMOS, in her official
capacity as Chancellor of the New York City
Department of Education, and THE NEW YORK
CITY DEPARTMENT OF EDUCATION,

                              Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 18, 2025, the Court has **DENIED** Plaintiffs' motion for summary judgment and **GRANTED** Defendants' motion for summary judgment; accordingly, the case is closed.

**Dated:**  New York, New York
          November 20, 2025

                                                                **TAMMI M. HELLWIG**
                                                                     Clerk of Court

                             **BY:**            *K. Mango*

                                                                        **Deputy Clerk**